UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ALESHA JONES, et al.,

                    Plaintiffs,

                                                ORDER

                                                11-CV-6032L

          v.

CITY OF ROCHESTER, et al.,

                    Defendants.
_____

      By Order dated February 5, 2013 and entered February 6, 2013, this Court issued an Order noting that counsel had failed to respond to an Order to Show Cause concerning the status of this matter, and directing that it be dismissed, with prejudice, for failure to prosecute.

      I find that the dismissal of the matter would more appropriately be undertaken without prejudice. The Court's previous Order of dismissal (Dkt. #3) is therefore vacated, and the case is dismissed, without prejudice, for the reasons stated therein.

      IT IS SO ORDERED.

                                            _____
                                                 DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
           February 8, 2013.